IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY E. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-375 |
| ) | |
| MICHAEL J. ASTRUE, in his Capacity as ) | Judge Thomas A. Wiseman, Jr. |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff Mary E. White's Motion for Judgment on the Administrative Record (Doc. No. 14), seeking judicial review of the Commissioner's denial of her claim for Social Security Disability Insurance Benefits ("DIB") under Title II of the Social Security Act (the "Act") and Supplemental Security Income ("SSI") under Title XVI of the Act. Plaintiff seeks reversal of the Commissioner's decision or, in the alternative, remand pursuant to sentence four of 42 U.S.C. § 405(g). In response to the motion, the Defendant Commissioner of Social Security asserts that the agency's decision denying benefits is supported by substantial evidence in the record and should be upheld.

The prior referral of this case to the Magistrate Judge is hereby **WITHDRAWN**. For the reasons set forth in the accompanying Memorandum Opinion the Court finds that Plaintiff's contentions of error are without merit and the Commissioner's decision is supported by substantial evidence. Plaintiff's motion for judgment (Doc. No. 14) is therefore **DENIED**, and the underlying decision of the Commissioner is **AFFIRMED**. This matter is **DISMISSED**.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
Senior U.S. District Judge